



## MEMORANDUM OPINION

No. 04-11-00383-CV

Elvira Dora **BARRIENTES**,
Appellant

v.

**THYSSENKRUPP ELEVATOR CORPORATION**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2008-CI-01485
Honorable Antonia Arteaga, Judge Presiding

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
              Karen Angelini, Justice
              Marialyn Barnard, Justice

Delivered and Filed:  July 6, 2011

DISMISSED

Appellant Elvira Dora Barrientes filed a notice of appeal from the trial court's judgment signed February 8, 2011. The clerk's record was due June 8, 2011, 120 days after the judgment was signed. *See* TEX. R. APP. P. 35.1(a). On June 9, 2011, the District Clerk of Bexar County filed a notification stating the clerk's record would not be filed because appellant had not paid or made arrangements to pay the clerk's fee to prepare the record and is not entitled to appeal without paying the fee. On June 14, 2011, we ordered appellant to provide written proof to this

court on or before June 24, 2011, that either (1) the clerk's fee has been paid or arrangements had been made to pay the clerk's fee; or (2) she is entitled to appeal without paying the clerk's fee. We cautioned appellant that if she failed to respond within the time provided, her appeal would be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b), 42.3(b). Appellant has not filed a response.

We therefore **order** this appeal dismissed for want of prosecution. We further **order** that appellee Thyssenkrupp Elevator Corporation recover its costs in this appeal from appellant Elvira Dora Barrientes.

PER CURIAM